UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY ALEXANDER,
LILLIAN CLAYTON,
TINENO FERGUSON,
DARRIAN FORD SR.,
ANN GARDNER,
MARGARET GAREY,
DEBORAH GRAHAM,
MARIEDTH GREATHOUSE,
BRENDA HARMON,
PEARLY HARRIS,
LAVADA HOLLINGS,
WILLIE HOYLE,
KIM ISOM,
AREATHA MURPHY,
AARON ROLLING,
SARAH SMITH and
DAVID WEIR,
  Plaintiffs,

              Case No. 4:06-cv-129

-v-

              HONORABLE PAUL L. MALONEY

ATLANTIC AUTOMOTIVE COMPONENTS
and VISTEON CORPORATION,
  Defendants.

## AMENDED ORDER

  **IT IS HEREBY ORDERED** that Order (Dkt. No. 219) granting Defendants' motion for summary judgment is **AMENDED** as follows.  On page 40, paragraph 2, the amended order shall read

2. Plaintiffs' motion (Dkt. No. 178) for leave to file Exhibits 6, 7, 8, and 9 to Plaintiffs' Response is **GRANTED.**

Date: September 22, 2008        /s/ Paul L. Maloney
                      Paul L. Maloney
                      Chief, United States District Judge