UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY ALEXANDER,
LILLIAN CLAYTON,
TINENO FERGUSON,
DARRIAN FORD SR.,
ANN GARDNER,
MARGARET GAREY,
DEBORAH GRAHAM,
MARIEDTH GREATHOUSE,
BRENDA HARMON,
PEARLY HARRIS,
LAVADA HOLLINGS,
WILLIE HOYLE,
KIM ISOM,
AREATHA MURPHY,
AARON ROLLING,
SARAH SMITH and
DAVID WEIR,
          Plaintiffs,

Case No. 4:06-cv-129

-v-

HONORABLE PAUL L. MALONEY

ATLANTIC AUTOMOTIVE COMPONENTS
and VISTEON CORPORATION,
          Defendants.

ORDER DISMISSING AS MOOT REMAINING MOTIONS

Having resolved the final remaining claims against Plaintiffs through Defendants' motion (Dkt. No. 120) for summary judgment, the following motions remaining on the docket in this action are **DISMISSED AS MOOT:**

1. Defendants' Motion (Dkt. No. 126) for Summary Judgment based on res judicata
2. Plaintiffs' Motion (Dkt. No. 187) to supplement record
3. Defendants' Motions in limine (Dkt. No. 204, 206, and 211)
4. Defendants' Amended Motions in Limine (Dkt. Nos. 198, 200, 201, 202)
5. Plaintiffs' Motion in Limine (Dkt. No. 216)

Date:   September 23, 2008                    /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge